**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-18 (MTT) |
| | ) |
| **WILFREDO RIVERA SANABRIA and JOSE LUIS SANABRIA,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The defendants have moved to continue this case until the next trial term.  Docs. 37; 38.  The defendants were indicted on March 12, 2024, and had their arraignment in this Court on April 10, 2024.  Docs. 1; 22; 25.  The defendants now move the Court to continue this case to the next trial term to allow additional time to review discovery.  Docs. 37 at 1; 38 ¶ 2.  The government does not oppose the motions.  Docs. 37 at 2; 38 ¶ 3.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motions (Docs. 37; 38) are **GRANTED**.  The case is continued from the June term until the Court's next trial term presently scheduled for **July 22, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 7th day of May, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT