IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 5:24-CR-00018-002 (MTT) |
| JOSE LUIS SANABRIA | |

## ORDER

The within and foregoing PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE, having been considered by the Court, is ORDERED filed. It is further ORDERED AND DIRECTED that:

☐ the Clerk shall issue a SUMMONS directing the defendant to appear before the Court and answer said allegations.
-or-
☒ the Clerk shall issue a BENCH WARRANT directing that the defendant be brought before the Court to answer said allegations.

SO ORDERED AND DIRECTED, this 4th day of June, 2024.

CHARLES H. WEIGLE
U.S. MAGISTRATE JUDGE