IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-18 (MTT) |
| | ) |
| WILFREDO RIVERA SANABRIA and JOSE LUIS SANABRIA, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The government has moved to continue this case until the next trial term.  Doc. 55.  The defendants were indicted on March 12, 2024, and had their arraignments in this Court on April 10, 2024.  Docs. 1; 22; 25.  The government now moves the Court to continue this case to the next trial term to allow additional time for the parties to assess the need for any additional discovery, file any necessary motions, and complete plea negotiations. Doc. 55 ¶ 3.  Defendant Jose Luis Cruz Sanabria does not oppose the motion.  *Id.* at 1.  The Court has received confirmation that Defendant Wilfredo Rivera Sanabria does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motion (Doc. 55) is **GRANTED**.  The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT